**Tod N. ROCKEFELLER, United States ex rel., Plaintiff—Appellant,**

v.

**WESTINGHOUSE WASTE ISOLATION DIVISION, a division of CBS Corp.; et al., Defendants—Appellees.**

No. 06–35290.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Tod N. Rockefeller, Carlsbad, NM, pro se.

Brad Fagg, Esq., Brian M. Privor, Esq., Morgan Lewis & Bockius LLP, Washington, DC, for Defendants–Appellees.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Accordingly, we summarily affirm the district court's judgment.

The motions for costs and sanctions are denied.

All other pending motions are denied as moot.

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

